# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| S&B Trucking, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| Buehner Construction, LLP, | ) | |
| | ) | |
| Defendant/Third Party Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Barnes Trucking, William McCorquodale, High Plains Trucking, Ross McCorquodale, Shawn Murschel/Cities Trucking, Zerck Logging, LLC, Mike Pollesch/Pollesch, LLC, Booth Trucking, Evans Excavating, LLC, KT Trucking, Rock Shop, LLC, B. Phillips Auto Corp., | ) | Case No. 1:11-cv-080 |
| | ) | |
| Third Party Defendants. | ) | |

On May 16, 2012, the parties filed a Stipulation to Amend Scheduling Order. The court **ADOPTS** the parties' stipulation (Docket No. 41) and amends the scheduling order as follows:

1. The deadline for the parties to complete discovery shall be extended from May 15, 2012, until August 31, 2012, at which time all discovery shall be completed.

2. The deadline for the parties to file dispositive motions shall be extended from May 13, 2012, until September 14, 2012.

**IT IS SO ORDERED.**

Dated this 17th day of May, 2012.

                                                          */s/ Charles S. Miller, Jr.*
                                                          Charles S. Miller, Jr.
                                                          United States Magistrate Judge