# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| S&B Trucking, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER FOR DEPOSIT OF FUNDS** |
| | ) | |
| vs. | ) | |
| | ) | |
| Buehner Construction LLP, | ) | |
| | ) | |
| Defendant/Third Party Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Barnes Trucking, William McCorquodale, High Plains Trucking, Ross McCorquodale, Shawn Murschel/Cities Trucking, Zerck Logging, LLC, Mike Pollesch/Pollesch, LLC, Booth Trucking, Evans Excavating, LLC, KT Trucking, Rock Shop, LLC, B. Phillips Auto Corp., | ) | Case No. 1:11-cv-080 |
| | ) | |
| Third Party Defendants. | ) | |

Plaintiff S&B Trucking ("S&B") and Defendant Buehner Construction, LLP ("Buehner") have, pursuant to Fed. R. Civ. P. 67 and D.N.D. Gen. L.R. 1.10(B), stipulated that Buehner will deposit the sum of $184,320.00 in the Court's registry with the understanding that this deposit neither releases Buehner from this lawsuit nor constitute a release of S&B's claims. (Docket No. 47). Accordingly, it is hereby **ORDERED** that Buehner shall deposit the total sum of $184,320.00 in the Court's registry as follows:

1. A check in the amount of $184,320.00 shall be sent to the United States District Court, Clerk of Court, 220 East Rosser Avenue, P.O. Box 1193, Bismarck, North

1

Dakota 58502.

2.      The check shall be made payable to Wells Fargo Bank.

3.      The check shall include a reference to the case number.

4.      The funds shall be deposited by the Clerk in an interest bearing account at Wells Fargo Bank. The Clerk shall deduct a registry fee from income earned on the deposit when the funds are withdrawn and distributed.

Dated this 23rd day of May, 2012.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge