# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| S&B Trucking, Inc., | ) |
|        Plaintiff, | ) |
| vs. | ) **ORDER FOR DEPOSIT OF FUNDS** |
| Buehner Construction, LLP, | ) |
|        Defendant/Third Party Plaintiff, | ) |
| vs. | ) |
| Barnes Trucking, William McCorquodale, High Plains Trucking, Ross McCorquodale, Shawn Murschel/Cities Trucking, Zerck Logging, LLC, Mike Pollesch, Pollesch LLC, Booth Trucking, Evans Excavating, LLC, KT Trucking, Rock Shop, LLC, B. Phillips Auto Corp., | ) Case No. 1:11-cv-080 |
|        Third Party Defendants. | ) |

On August 7, 2012, Defendant Buehner Construction, LLP ("Buehner") filed a Motion for Leave to Deposit Funds. It seeks leave to deposit an additional $25,000 in the court's registry pursuant to the terms of the settlement agreement negotiated by the parties.

The court **GRANTS** Buehner's motion (Docket No. 67) and **ORDERS** that Buehner shall deposit the total sum of $25,000 in the court's registry as follows:

1. A check in the amount of $25,000 shall be sent to the United States District Court, Clerk of Court, 220 East Rosser Ave., PO Box 1193, Bismarck, North Dakota 58502.

2. The check shall be made payable to Wells Fargo Bank.

1

3. The check shall include a reference to the case number.

4. The check shall be deposited by the Clerk in the interest bearing account at Wells Fargo that contains the remainder of the funds previously deposited by Buehner. The Clerk shall deduct a registry fee from income earned on the deposit when the funds are withdrawn and distributed.

Dated this 8th day of August, 2012.

Charles S. Miller, Jr.
United States Magistrate Judge