# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| S&B Trucking, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Buehner Construction LLP, | ) | |
| | ) | |
| Defendant/Third Party Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Barnes Trucking, William McCorquodale, High Plains Trucking, Ross McCorquodale, Shawn Murschel/Cities Trucking, Zerck Logging, LLC, Mike Pollesch, Pollesch LLC, Booth Trucking, Evans Excavating, LLC, KT Trucking, Rock Shop, LLC, B. Phillips Auto Corp., | ) | Case No. 1:11-cv-080 |
| | ) | |
| Third Party Defendants. | ) | |

The final pretrial conference set for February 4, 2013, at 1:30 p.m. before the undersigned is canceled. The trial scheduled to commence on February 19, 2013, at 9:30 a.m. in Bismarck before Judge Hovland is also canceled. The court shall reschedule the trial and final pretrial conference at a later date if necessary. The undersigned shall hold a status conference with the parties by telephone on February 4, 2013, at 1:30 p.m. CST. The undersigned will initiate the conference call.

**IT IS SO ORDERED.**

Dated this 30th day of January, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court